IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT ) | | |
| FUNDS OF ILLINOIS, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | CIVIL ACTION |
| ) | | |
| vs. ) | | NO. 07 C 5710 |
| ) | | |
| GREG PINTER, individually, d/b/a PINTER ) | | JUDGE RONALD A. GUZMAN |
| CONSTRUCTION, d/b/a PINTER ) | | |
| GENERAL CONTRACTING, ) | | |
| ) | | |
| Defendant. ) | | |

**PLAINTIFFS' MOTION TO REOPEN CASE AND
FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, by their attorneys, and move the Court for the entry of an order reopening this action for the limited purpose of enforcing the terms of a Consent Decree entered into between the parties and entered by this Court on March 10, 2008. In support of the Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, the Trustees of the jointly-administered, labor-management employee benefit plans collectively known as the Carpenters Fringe Benefit Funds of Illinois, alleging, *inter alia*, that Defendant breached its obligations under the terms of the collective bargaining agreements entered into with the Heartland Regional Council of Carpenters, Local 195, and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendant failed to remit payment of contributions for work performed on its behalf by beneficiaries of the Plaintiff Funds. The

Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On March 10, 2008, a Consent Decree incorporating the terms for settlement agreed to by the parties was entered by this Court (a copy of the Consent Decree is attached hereto).

3. On March 10, 2008, this Court dismissed this cause of action, but retained jurisdiction over all parties for enforcement of the Order.

4. Defendant agreed that it owed the total amount of $67,054.25 for contributions, liquidated damages, interest and attorneys' fees for the time period August 1, 2002 through December 2007, as described in Paragraphs 5-8 of the Consent Decree.

5. Defendant also agreed to remain current with respect to its submission of monthly contribution reports and the payment of fringe benefit contributions that accrue.

6. Defendant agreed to make payment to Plaintiffs of the amount specified in Paragraph 4 above, being $67,054.25, by way of the payment schedule below:

|   | **Date Due** | **Amount Due** |
|---|---|---|
| 1 | February 15, 2008 | $2,000.00 |
| 2 | March 15, 2008 | $2,000.00 |
| 3 | April 15, 2008 | $8,758.62 |
| 4 | May 15, 2008 | $8,758.62 |
| 5 | March 15, 2008 | $8,758.62 |
| 6 | April 15, 2008 | $8,758.62 |
| 7 | May 15, 2008 | $8,758.62 |
| 8 | June 15, 2008 | $8,758.62 |
| 9 | June 15, 2008 | $8,758.62 |

7. The Consent Decree further provides that the regular reports and contributions due thereon are an integral part of the Consent Decree and it shall be the express obligation of the Defendant and an undertaking pursuant to the Consent Decree that it make payment of these regular contributions and that it submit timely regular reports.

8. Any failure to submit timely reports or timely payment of contributions shall constitute a default under the terms of the Consent Decree to the same extent as where any other provision of the Consent Decree is violated.

9. The Consent Decree provides that in the event Defendant violates the agreement, Defendant consents to the entry of judgment against himself, d/b/a Pinter Construction, and d/b/a Pinter General Contracting, and in favor of the Plaintiffs for all unpaid installments under the Consent Decree, all contributions due according to subsequently submitted reports, and all Plaintiffs' reasonable attorneys' fees and costs incurred to date.

10. Defendant has not submitted its 5th through 7th installment payments due pursuant to the terms of the Consent Decree, said payments being due on May 15, 2008, June 15, 2008 and July 15, 2008, as described in Paragraph 6 above.

11. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an Order reopening this action for the limited purpose of enforcing the terms of the Consent Decree and entering judgment against the Defendant. Specifically, Plaintiffs request:

    A. That judgment be entered in favor of Plaintiffs and against Defendant to include the amount of $45,038.75, being the total amount remaining due for contributions, liquidated damages, interest and attorneys' fees for the time period August 1, 2002 through December 2007.

    B. That judgment be entered in favor of Plaintiffs and against Defendant to include an additional $607.50 in attorneys' fees incurred since the entry of the Consent Decree on March 10, 2008.

C. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/ Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Hrccj\Pinter\motion-reopen and judgment.bpa.df.wpd

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 21st day of July 2008:

        Mr. Greg Pinter
        Pinter Construction
        418 W. Devlin Street
        Spring Valley, IL   61362


        /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Hrccj\Pinter\motion-reopen and judgment.bpa.df.wpd